BEFORE THE FIRST DIVISION, JUNE 24, 1958

**No. 62125.**—Modernaire Furniture, Inc. *v.* United States, protest 252008–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of headboards similar in all material respects to those the subject of Abstract 61224, the claim of the plaintiff was sustained.

**No. 62126.**—F. L. Kraemer & Company *v.* United States, protests 317646–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of kid leather, the claim of the plaintiff was sustained.

**No. 62127.**—Lampson, Fraser & Huth, Inc., et al. *v.* United States, protests 86562–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of fox skins similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388) or *Sam Forwand Co.* v. *United States* (37 Cust. Ct. 232, C. D. 1829), the claim of the plaintiffs was sustained.